UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DERRICK JOHNSON,

           Petitioner,

    v.

DONALD HOLBROOK,

           Respondent.

CASE NO. C14-5461BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus is procedurally barred; and

(3)     A certificate of appealability is **DENIED.**

Dated this 10th day of December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER